C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: William D. Martin<br>Paula P. Martin<br><br><br>Debtor(s) | **MOTION**<br>**CHAPTER 13**<br><br>No: B-10-81271 C-13D |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Court entered an Order and Opinion on January 26, 2011, dismissing the Debtors' proposed plan. The Trustee allowed the Debtors up to and including February 26, 2011, within which to file a new or amended proposed plan. The Debtors' have failed to file a new or amended proposed plan.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed due to the failure of the Debtors' to file a new or amended proposed plan.

Date: March 2, 2011                                                             s/Richard M. Hutson, II
RMH:ej                                                                                   Standing Trustee
-------------------------------------------------------------------------------------------------------------------------------
### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on April 14, 2011, at 12:00 p.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: March 2, 2011                                                             OFFICE OF THE CLERK
                                                                                              U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81271 C-13D**

William D. Martin
Paula P. Martin
325 Kimberly Lane
Siler City, NC 27344

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702