| CH. 13 PLAN - DEBTS SHEET <br> (MIDDLE DISTRICT - DESARDI VERSION) | | | Date: | 4/14/11 |
|---|---|---|---|---|
| | | | Lastname-SS#: | Martin-6971 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Colonial Bank | | $62,052 | 5.25 | $861.81 | | House, Land & Escrow |
| | Wells Fargo | | $13,045 | 5.00 | $130 | $254.08 | Toyota Tacoma |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Citifinancial | | $7,423 | 5.25 | $45 | $145.43 | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $3,000 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |
| **CO-SIGN PROTECT (Pay 100%)** | Int.% | Payoff Amt |
| All Co-Sign Protect Debts (See*) | | |
| **GENERAL NON-PRIORITY UNSECURED** | **Amount**** |
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,337** per month for **60** months, then

approximately

$ **$15,813** on or before the 60th month

Adequate Protection Payment Period: _____ months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE      (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

**The Debtor will pay Colonial Savings Bank the Fair Market Value of the property located at 325 Kimberly Lane, Siler City NC in the amount of $62,052, at 5.25% interest. Adequate Protection Payments shall be in the amount of $861.31 per month, which is equivalent to the contractually due on-going payment. On or before the 60th month of this case, the Debtor will refinance the property for the outstanding balance. Colonial Savings Bank shall also recieve upon Confirmation a lump sum distribution of at least $5,827.00 (based on the Trustee's current balance on hand minus adminstrative/priority claims and other adequate protection payments)**

**CERTIFICATE OF SERVICE**

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on April 14, 2011 , I served copies of the foregoing **AMENDED CHAPTER 13 Plan** electronically, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee

Michael West
U.S. Bankruptcy Administrator

Matthew T. McKee
Attorney for Colonial Savings Bank
Rogers Townsend & Thomas, P.C.
Suite 520
2550 W. Tyvola Rd.
Charlotte, NC 28217

and by regular first-class U.S. mail, addressed to the following parties:

Matthew T. McKee
Attorney for Colonial Savings Bank
Rogers Townsend & Thomas, P.C.
Suite 520
2550 W. Tyvola Rd.
Charlotte, NC 28217

Colonial Savings Bank, FA
ATTN: MANAGING AGENT
Suite 300
2701 Coltsgate Road
Charlotte, NC 28211

/s Renee Nolte
Renee Nolte